IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | Case No. 1:07-cr-163-WKW |
| | ) | |
| WILLIE RAY DAVIS | ) | |

**<u>ORDER</u>**

The court finds that the defendant is eligible for the appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A. Accordingly, it is ORDERED that the Federal Defender is appointed to represent the defendant for all further proceedings. Appointed counsel shall file a written notice of appearance with this court.

DONE this 21st day of December, 2007.

           /s/ W. Keith Watkins
           UNITED STATES DISTRICT JUDGE