**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **CASE NO. 1:07-cr-163-WKW** |
| | ) | |
| **WILLIE RAY DAVIS** | ) | |

## ORDER

It is ORDERED that the revocation hearing previously set for 11:00 a.m. on January 8, 2008, is hereby reset for 2:30 p.m. on January 8, 2008.

DONE this 7th day of January, 2008.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE