IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR NO. 1:07-cr-163-WKW |
| | ) | |
| WILLIE RAY DAVIS | ) | |

### UNITED STATES' MOTION TO SUBSTITUTE COUNSEL

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and hereby moves the Court to substitute Assistant United States Attorney James B. Perrine, as counsel of record for the United States of America in this matter in place of Assistant United States Attorney Louis V. Franklin, Sr.

Respectfully submitted this the 8th of January, 2008.

LEURA G. CANARY
UNITED STATES ATTORNEY


/s/ James B. Perrine
JAMES B. PERRINE
Assistant United States Attorney
131 Clayton Street
Montgomery, Alabama 36104
334.223.7280
334.223.7135 fax

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR NO. 1:07-cr-163-WKW |
| | ) | |
| WILLIE RAY DAVIS | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on January 8, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys on record.

LEURA G. CANARY
UNITED STATES ATTORNEY


/s/ James B. Perrine
JAMES B. PERRINE
Assistant United States Attorney
131 Clayton Street
Montgomery, Alabama 36104
334.223.7280
334.223.7135 fax