✎AO 245D    (Rev. 12/03) Judgment in a Criminal Case for Revocations
            Sheet 1

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

UNITED STATES OF AMERICA           (*) AMENDED **JUDGMENT IN A CRIMINAL CASE**
V.                                 (For **Revocation** of Probation or Supervised Release)

                                   (*)  To Correct Clerical Error

                                   Case Number:       1:07cr163-WKW
WILLIE RAY DAVIS                                      (WO)

                                   USM Number:        12060-002   (*)

                                   Donnie Bethel
                                   Defendant's Attorney

**THE DEFENDANT:**

X  admitted guilt to violation of condition(s)  _1-3 of the Petition filed 12/4/07_  of the term of supervision.

☐  was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Unlawful Use of a Controlled Substance | 11/20/2007 |
| 2 | Failure to Follow the Probation Officer's Instruction | 9/13/2007 |
| 3 | Delinquent Fine Payments | 11/18/2007 |

    The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐  The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

    It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.:  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          January 8, 2008
                                                 Date of Imposition of Judgment
Defendant's Date of Birth:  1962

                                                 _/s/ W. Keith Watkins_
                                                 Signature of Judge

Defendant's Residence Address:

Enterprise, Alabama

                                                 W. KEITH WATKINS, UNITED STATES DISTRICT JUDGE
                                                 Name and Title of Judge

                                                 1.9.08
                                                 Date

Defendant's Mailing Address:

Same as Above

AO 245D    (Rev. 12/03 Judgment in a Criminal Case for Revocations
           Sheet 2— Imprisonment

Judgment — Page __2__ of __4__

DEFENDANT:     WILLIE RAY DAVIS
CASE NUMBER:   1:07cr163-WKW

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :

6 Months

X  The court makes the following recommendations to the Bureau of Prisons:

The Court recommends that defendant be designated to a facility where intensive drug counseling is available.

☐  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:

   ☐  at _____ ☐ a.m. ☐ p.m. on _____.

   ☐  as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐  before 2 p.m. on _____.

   ☐  as notified by the United States Marshal.

   ☐  as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____