AO 245D (Rev. 12/03 Judgment in a Criminal Case for Revocations
Sheet 2— Imprisonment

2008 MAY 27 P 1: 17

Judgment — Page 2 of 4

DEFENDANT: WILLIE RAY DAVIS
CASE NUMBER: 1:07cr163-WKW

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

6 Months

**RETURNED AND FILED**

X  The court makes the following recommendations to the Bureau of Prisons:

MAY 30 2008

The Court recommends that defendant be designated to a facility where intensive drug counseling is available.

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
　☐ at _____ ☐ a.m. ☐ p.m. on _____
　☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
　☐ before 2 p.m. on _____
　☐ as notified by the United States Marshal.
　☐ as notified by the Probation or Pretrial Services Office.

HAVE PARTIALLY/FULLY EXECUTED THIS J&C/WRIT/
TRANSFER ORDER, BY TAKING CUST...
AT _DAVIS_ AND COMM...
RETURN AT _USP ATL_ ON _2/28/08_

BOP BUS LT.

I have executed this judgment as follows:

Defendant delivered on _2/29/08_ to _FCC Yazoo_
a _10:10 A_ with a certified copy of this judgment.

UNITED STATES MARSHAL
By _BUS LT._